Venus Concept
USA, Salvatore Pantusa
3/26/2021 14:04

From Date 01/01/15, To Date 03/26/21, Currency USD, Date to Use Transaction Date, Print Separate Pages N, Account No. ="US-033641"

## Account Ledgers
**For period: 01/01/2015-03/26/2021**

**Account No.: US-033641, Description: Atlanta Health Medspa**

**Opening Bal: 0.00**

| Transaction Date | Due Date | Refer. 1 | Refer. 2 | Group | Contra Account | Contra Account Desc. | Journal Entry No. | Entry Code | Debit | Credit | Cumulative Balance | Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/6/2018 | 12/6/2018 | RC18US012484 | | Vers LF | 102003 | Undeposited PayPal | 18040987 | REC | | 11,130.00 | -11,130.00 | USD |
| 12/10/2018 | 12/10/2018 | SI86US14185 | 32544 | Sub Agr Versa | 175000-2018 | Revenue Shipping-2018 | 18041410 | MSH | 530 | | -10,600.00 | USD |
| 12/10/2018 | 12/10/2018 | SI86US14186 | 32544 | Sub Agr Versa | 170105-2018 | Subscriptions 2018-Versa-2018 | 18041411 | MSH | 10,600.00 | | 0 | USD |
| 2/25/2019 | 2/25/2019 | SI19US03156 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19004694 | MSH | 2,797.22 | | 2,797.22 | USD |
| 2/26/2019 | 2/26/2019 | SI19US002861 | | Versa | 102003 | Undeposited PayPal | 19007643 | REC | | 2,881.14 | -83.92 | USD |
| 2/27/2019 | 2/25/2019 | RC19US002628 | 82893759 | Feb Payment | 123001 | Cheques Cashier | 19007316 | REC | | 2,797.22 | -2,881.14 | USD |
| 3/5/2019 | 3/5/2019 | RC19US003019 | | fund - Duplicate payment | 102003 | Undeposited PayPal | 19008091 | REC | 2,797.22 | -2,881.14 | 0 | USD |
| 3/25/2019 | 3/25/2019 | SI19US004558 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19009536 | MSH | 2,797.22 | | 2,797.22 | USD |
| 3/26/2019 | 3/26/2019 | SI19US003944 | | 3% CC Fee | 102008 | Undeposited Isracard Global | 19011467 | REC | 83.92 | | 2,713.30 | USD |
| 3/26/2019 | 3/26/2019 | SI19US003944 | | Sub Agr Versa | 102008 | Undeposited Isracard Global | 19011467 | REC | | 2,797.22 | -83.92 | USD |
| 3/26/2019 | 3/26/2019 | SI19US003944 | | 3% CC Fee | 711001 | Customer Fees | 19011468 | ADJ | 83.92 | | 0 | USD |
| 4/25/2019 | 4/25/2019 | SI19US006277 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19014860 | MSH | 2,797.22 | | 2,797.22 | USD |
| 4/29/2019 | 4/29/2019 | RC19US006210 | | 3% CC Fee | 102008 | Undeposited Isracard Global | 19018716 | REC | 412 | | 2,385.22 | USD |
| 4/29/2019 | 4/29/2019 | RC19US006210 | | Receipt | 102008 | Undeposited Isracard Global | 19018716 | REC | | 412 | 2,385.22 | USD |
| 4/29/2019 | 4/29/2019 | RC19US006238 | | Sub Agr Versa | 102008 | Undeposited Isracard Global | 19018744 | REC | | 400 | 1,985.22 | USD |
| 4/29/2019 | 4/29/2019 | RC19US006436 | | Reversal of 19018716 | 102003 | Undeposited PayPal | 19019564 | REC | 400 | -412 | 2,397.22 | USD |
| 4/30/2019 | 4/30/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19026293 | EXC | 12 | -412 | 2,397.22 | USD |
| 5/25/2019 | 5/25/2019 | SI19US007857 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19027346 | MSH | 2,797.22 | | 5,194.44 | USD |
| 5/28/2019 | 5/28/2019 | RC19US007265 | | 3% CC Fee | 102008 | Undeposited Isracard Global | 19022962 | REC | | 12 | 5,182.44 | USD |
| 5/28/2019 | 5/28/2019 | RC19US007265 | | Sub Agr Versa | 102008 | Undeposited Isracard Global | 19022962 | REC | | 412 | 4,782.44 | USD |
| 5/25/2019 | 5/25/2019 | RC19US007265 | | 3% CC Fee | 711001 | Customer Fees | 19022963 | REC | 12 | | 4,794.44 | USD |
| 5/31/2019 | 5/31/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19032312 | EXC | | | 4,794.44 | USD |
| 6/25/2019 | 6/25/2019 | SI19US009268 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19031114 | MSH | 2,797.22 | | 7,591.66 | USD |
| 6/26/2019 | 6/26/2019 | RC19US009793 | | Versa June 25 | 102003 | Undeposited PayPal | 19031249 | REC | | 412 | 7,179.66 | USD |
| 6/30/2019 | 6/30/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19036374 | EXC | | | 7,179.66 | USD |
| 7/1/2019 | 7/1/2019 | SI19US012005 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 19038903 | FIN | 52.22 | | 7,231.88 | USD |
| 7/25/2019 | 7/25/2019 | SI19US011471 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19035150 | MSH | 2,797.22 | | 10,029.10 | USD |
| 7/31/2019 | 7/31/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19043856 | EXC | | | 10,029.10 | USD |
| 8/1/2019 | 8/1/2019 | SI19US013538 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 19046116 | FIN | 80.22 | | 10,109.32 | USD |
| 8/25/2019 | 8/25/2019 | SI19US013087 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19042224 | MSH | 2,797.22 | | 12,906.54 | USD |
| 8/31/2019 | 8/31/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19050668 | EXC | | | 12,906.54 | USD |
| 9/1/2019 | 9/1/2019 | SI19US015172 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 19052107 | FIN | 109.36 | | 13,015.90 | USD |
| 9/25/2019 | 9/25/2019 | SI19US014703 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19049077 | MSH | 2,797.22 | | 15,813.12 | USD |
| 9/30/2019 | 9/30/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19059808 | EXC | | | 15,813.12 | USD |
| 10/1/2019 | 10/1/2019 | SI19US017072 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 19061169 | FIN | 133.92 | | 15,947.04 | USD |
| 10/25/2019 | 10/25/2019 | SI19US016576 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19058355 | MSH | 2,797.22 | | 18,744.26 | USD |
| 10/31/2019 | 10/31/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19066942 | EXC | | | 18,744.26 | USD |
| 11/1/2019 | 11/1/2019 | SI19US018914 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 19069171 | FIN | 168.88 | | 18,913.14 | USD |
| 11/25/2019 | 11/25/2019 | SI19US018307 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19065146 | MSH | 2,797.22 | | 21,710.36 | USD |
| 12/1/2019 | 12/1/2019 | SI19US020461 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 19073337 | FIN | 192.12 | | 21,902.48 | USD |
| 12/25/2019 | 12/25/2019 | SI19US020134 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 19072164 | MSH | 2,797.22 | | 24,699.70 | USD |
| 12/31/2019 | 12/31/2019 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 19081045 | EXC | | | 24,699.70 | USD |
| 1/1/2020 | 1/1/2020 | SI20US001250 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20005497 | FIN | 229.64 | | 24,929.34 | USD |
| 1/17/2020 | 1/17/2020 | | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20002503 | EXC | | | 24,929.34 | USD |
| 1/25/2020 | 1/25/2020 | SI20US000901 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 20001340 | MSH | 2,797.22 | | 27,726.56 | USD |
| 2/1/2020 | 2/1/2020 | SI20US003035 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20009238 | FIN | 260.64 | | 27,987.20 | USD |
| 2/25/2020 | 2/25/2020 | SI20US002673 | | Sub Agr Versa | 412005 | Subscription Sales Versa | 20008376 | MSH | 2,797.22 | | 30,784.42 | USD |
| 3/1/2020 | 3/1/2020 | SI20US005125 | | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20015912 | FIN | 271.4 | | 31,055.82 | USD |

© Created in Priority - Priority Software Ltd.

EXHIBIT "C"

| Date | Ref | Type | Account | Description | Doc# | Src | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 3/25/2020 | SI20US004722 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20014236 | MSH | 2,797.22 | 33,853.04 USD |
| 3/31/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20024669 | EXC | | 33,853.04 USD |
| 4/1/2020 | SI20US007046 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20025560 | FIN | 322.95 | 34,175.99 USD |
| 4/25/2020 | SI20US006544 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20021205 | MSH | 2,797.22 | 36,973.21 USD |
| 4/30/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20029259 | EXC | | 36,973.21 USD |
| 5/1/2020 | SI20US008635 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20030328 | FIN | 342.72 | 37,315.93 USD |
| 5/25/2020 | SI20US008091 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20027093 | MSH | 2,797.22 | 40,113.15 USD |
| 5/31/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20034232 | EXC | | 40,113.15 USD |
| 6/1/2020 | SI20US010709 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20036881 | FIN | 386.81 | 40,499.96 USD |
| 6/25/2020 | SI20US009741 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20032368 | MSH | 2,797.22 | 43,297.18 USD |
| 6/30/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20041510 | EXC | | 43,297.18 USD |
| 7/1/2020 | SI20US012719 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20043994 | FIN | 405.06 | 43,702.24 USD |
| 7/25/2020 | SI20US011997 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20039442 | MSH | 2,797.22 | 46,499.46 USD |
| 7/31/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20048972 | EXC | | 46,499.46 USD |
| 8/1/2020 | SI20US014715 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20050970 | FIN | 451.91 | 46,951.37 USD |
| 8/25/2020 | SI20US013686 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20045238 | MSH | 2,797.22 | 49,748.59 USD |
| 8/31/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20055375 | EXC | | 49,748.59 USD |
| 9/1/2020 | SI20US016082 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20053850 | FIN | 485.08 | 50,233.67 USD |
| 9/25/2020 | SI20US015623 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20052081 | MSH | 2,797.22 | 53,030.89 USD |
| 9/30/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20061372 | EXC | | 53,030.89 USD |
| 10/1/2020 | SI20US018982 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20066376 | FIN | 501.06 | 53,531.95 USD |
| 10/25/2020 | SI20US017963 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20062704 | MSH | 2,797.23 | 56,329.18 USD |
| 10/31/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20075787 | EXC | | 56,329.18 USD |
| 11/1/2020 | SI20US019101 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20066517 | FIN | 552.04 | 56,881.22 USD |
| 11/25/2020 | SI20US020001 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20068193 | MSH | 2,797.23 | 59,678.45 USD |
| 11/30/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20077135 | EXC | | 59,678.45 USD |
| 12/1/2020 | SI20US020928 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 20071234 | FIN | 566.52 | 60,244.97 USD |
| 12/25/2020 | SI20US021862 | Sub Agr Versa | 412005 | Subscription Sales Versa | 20073827 | MSH | 2,797.23 | 63,042.20 USD |
| 12/31/2020 | | Exch. Rate Adj. | 811001 | Exchange Rate Differences | 20081769 | EXC | | 63,042.20 USD |
| 1/1/2021 | SI21US01387 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 121002567 | FIN | 620.55 | 63,662.75 USD |
| 1/25/2021 | SI21US00801 | Sub Agr Versa | 412005 | Subscription Sales Versa | 121001015 | MSH | 2,797.23 | 66,459.98 USD |
| 2/1/2021 | SI21US01902 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 121004635 | FIN | 655.27 | 67,115.25 USD |
| 2/25/2021 | SI21US02721 | Sub Agr Versa | 412005 | Subscription Sales Versa | 121005797 | MSH | 2,797.23 | 69,912.48 USD |
| 3/1/2021 | SI21US04960 | Interest Charge | 233001 | Deferred Revenue - Interest Charges | 121011865 | FIN | 621.6 | 70,534.08 USD |
| 3/25/2021 | SI21US04476 | Sub Agr Versa | 412005 | Subscription Sales Versa | 121010505 | MSH | 2,797.23 | 73,331.31 USD |
| Total for Account No.: US-033641 | | | | | | | 91,363.67   18,032.36 | 73,331.31 USD |