**Venus Concept USA Inc.**
1880 N Commerce Pkwy - Ste2
Weston, FL 33351
USA
Tel.: (888) 907-0115
Company Number: EIN: 27-4581083



To:
**Atlanta Health Medspa**
2480 Windy Hill Rd SE #404
Marietta, Georgia 30067
Tel.: 1+7068172176
Dear Sir/Madam,

Date: 03/26/21
Account: US-033641

### Re: Notification of Outstanding Bills

The following is outstanding in your account as of 03/26/21:

| Paymt Due | Days Late | Invoice | Inv Date | Details | Inv Amt | Outstanding |
|---|---|---|---|---|---|---|
| 04/25/19 | 701 | SI19US006277 | 04/25/19 | Sub Agr Versa | 1,585.22 | 1,585.22 |
| 05/25/19 | 671 | SI19US007857 | 05/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 06/25/19 | 640 | SI19US009268 | 06/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 07/01/19 | 634 | SI19US012005 | 07/01/19 | Interest Charge | 52.22 | 52.22 |
| 07/25/19 | 610 | SI19US011471 | 07/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 08/01/19 | 603 | SI19US013538 | 08/01/19 | Interest Charge | 80.22 | 80.22 |
| 08/25/19 | 579 | SI19US013087 | 08/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 09/01/19 | 572 | SI19US015172 | 09/01/19 | Interest Charge | 109.36 | 109.36 |
| 09/25/19 | 548 | SI19US014703 | 09/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 10/01/19 | 542 | SI19US017072 | 10/01/19 | Interest Charge | 133.92 | 133.92 |
| 10/25/19 | 518 | SI19US016576 | 10/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 11/01/19 | 511 | SI19US018914 | 11/01/19 | Interest Charge | 168.88 | 168.88 |
| 11/25/19 | 487 | SI19US018307 | 11/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 12/01/19 | 481 | SI19US020461 | 12/01/19 | Interest Charge | 192.12 | 192.12 |
| 12/25/19 | 457 | SI19US020134 | 12/25/19 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 01/01/20 | 450 | SI20US001250 | 01/01/20 | Interest Charge | 229.64 | 229.64 |
| 01/25/20 | 426 | SI20US000901 | 01/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 02/01/20 | 419 | SI20US003035 | 02/01/20 | Interest Charge | 260.64 | 260.64 |
| 02/25/20 | 395 | SI20US002673 | 02/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 03/01/20 | 390 | SI20US005125 | 03/01/20 | Interest Charge | 271.40 | 271.40 |
| 03/25/20 | 366 | SI20US004722 | 03/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 04/01/20 | 359 | SI20US007046 | 04/01/20 | Interest Charge | 322.95 | 322.95 |
| 04/25/20 | 335 | SI20US006544 | 04/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 05/01/20 | 329 | SI20US008635 | 05/01/20 | Interest Charge | 342.72 | 342.72 |
| 05/25/20 | 305 | SI20US008091 | 05/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 06/01/20 | 298 | SI20US010709 | 06/01/20 | Interest Charge | 386.81 | 386.81 |
| 06/25/20 | 274 | SI20US009741 | 06/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 07/01/20 | 268 | SI20US012719 | 07/01/20 | Interest Charge | 405.06 | 405.06 |
| 07/25/20 | 244 | SI20US011997 | 07/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 08/01/20 | 237 | SI20US014715 | 08/01/20 | Interest Charge | 451.91 | 451.91 |
| 08/25/20 | 213 | SI20US013686 | 08/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 09/01/20 | 206 | SI20US016082 | 09/01/20 | Interest Charge | 485.08 | 485.08 |
| 09/25/20 | 182 | SI20US015623 | 09/25/20 | Sub Agr Versa | 2,797.22 | 2,797.22 |
| 10/01/20 | 176 | SI20US018982 | 10/01/20 | Interest Charge | 501.06 | 501.06 |
| 10/25/20 | 152 | SI20US017963 | 10/25/20 | Sub Agr Versa | 2,797.23 | 2,797.23 |
| 11/01/20 | 145 | SI20US019101 | 11/01/20 | Interest Charge | 552.04 | 552.04 |
| 11/25/20 | 121 | SI20US020001 | 11/25/20 | Sub Agr Versa | 2,797.23 | 2,797.23 |
| 12/01/20 | 115 | SI20US020928 | 12/01/20 | Interest Charge | 566.52 | 566.52 |

EXHIBIT "D"

**Venus Concept USA Inc.**
1880 N Commerce Pkwy - Ste2
Weston, FL 33351
USA
Tel.: (888) 907-0115
Company Number: EIN: 27-4581083



**To:**
**Atlanta Health Medspa**
**2480 Windy Hill Rd SE #404**
**Marietta, Georgia 30067**
Tel.: 1+7068172176
Dear Sir/Madam,

**Date: 03/26/21**
**Account: US-033641**

### Re: Notification of Outstanding Bills

| Paymt Due | Days Late | Invoice | Inv Date | Details | Inv Amt | Outstanding |
|---|---|---|---|---|---|---|
| 12/25/20 | 91 | SI20US021862 | 12/25/20 | Sub Agr Versa | 2,797.23 | 2,797.23 |
| 01/01/21 | 84 | SI21US01387 | 01/01/21 | Interest Charge | 620.55 | 620.55 |
| 01/25/21 | 60 | SI21US00801 | 01/25/21 | Sub Agr Versa | 2,797.23 | 2,797.23 |
| 02/01/21 | 53 | SI21US01902 | 02/01/21 | Interest Charge | 655.27 | 655.27 |
| 02/25/21 | 29 | SI21US02721 | 02/25/21 | Sub Agr Versa | 2,797.23 | 2,797.23 |
| 03/01/21 | 25 | SI21US04960 | 03/01/21 | Interest Charge | 621.60 | 621.60 |
| 03/25/21 | 1 | SI21US04476 | 03/25/21 | Sub Agr Versa | 2,797.23 | 2,797.23 |
| **Total** | | | | | | **73,331.31** |

Aging as of 03/26/21:

Salvatore Pantusa
Venus Concept USA Inc.