UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| VENUS CONCEPT USA INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:21-cv-21417-FAM |
| ATLANTA HEALTH MEDSPA LLC, a Georgia Limited Liability Company, PHILLIP WOFFORD and MARK SENTELL individually, | ) ) ) ) |
| Defendants. | |

**PROPOSED ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS MATTER** is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. The deadline to respond to Plaintiff's Complaint is extended up to and including May 27, 2021.

**DONE AND ORDERED** this ___ day of May, 2021, in Chambers of the United States District Court for the Southern District of Florida, Miami Division.

_____
United States District Judge

cc: Counsel of Record