**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| VENUS CONCEPT USA INC., a Delaware Corporation, ) ) ) Plaintiff, ) ) v. ) ) ATLANTA HEALTH MEDSPA LLC, a ) Georgia Limited Liability Company, ) PHILLIP WOFFORD and MARK SENTELL ) individually, ) ) Defendants. | Case No. 1:21-cv-21417-FAM |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants, ATLANTA HEALTH MEDSPA LLC, PHILLIP WOFFORD and MARK SENTELL ("Defendants"), by and through the undersigned counsel, respectfully moves for an extension of time up to and including June 10, 2021, to answer, move, or otherwise respond to Plaintiff's Complaint, and states the following in support:

1. Plaintiff filed the Complaint (Doc. 1) on April 13, 2021. Defendants were served on or about April 16, 2021, setting the response date for May 7, 2021.

2. On or about May 5, 2021, Defendants filed an unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint requesting the deadline to respond to be extended up to and including May 27, 2021.

3. On or about May 6, 2021, the Court ordered on Defendants' Motion, granting the extension to respond on or before May 27, 2021.

1

4. In an effort to keep litigation costs at a minimum, the parties had focused their efforts on negotiations in an attempt to resolve this action.

5. At present, resolution in the immediate future seems unlikely. Accordingly, Defendants request a brief extension of time in which to prepare responses to Plaintiff's Complaint.

6. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is opposed to the relief sought herein.

## MEMORANDUM OF LAW

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). The Defendants' request for an extension of the deadline is made in good faith and does not prejudice Plaintiff.  Permitting the extension will enable Defendants to respond to the Complaint following analysis of the relevant files and it will enable counsel to explore the possibility of early resolution.

WHEREFORE, Defendants respectfully request an extension of time up to and including June 10, 2021, to answer, move or otherwise respond to Plaintiff's Complaint.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendants has conferred with counsel for Plaintiff who is opposed to the relief requested.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

this 27th day of May, 2021.

    Respectfully submitted,

    Spire Law, LLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    By: */s/ Whitney M. DuPree*
        Whitney M. DuPree, Esq.
        Florida Bar No. 110036
        */s/ Jesse I. Unruh*
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        whitney@spirelawfirm.com
        jesse@spirelawfirm.com
        lauren@spirelawfirm.com
        laura@spirelawfirm.com

    Attorney for Defendants | ATLANTA HEALTH MEDSPA LLC, PHILLIP WOFFORD and MARK SENTELL

## CERTIFICATE OF SERVICE

I hereby Certify that on this 27th day of May, 2021, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: David M. Hawthorne, Esquire at david.hawthorne@lewisbrisbois.com; melissa.vanhuss@lewisbrisbois.com; ftlemaildesig@lewisbrisbois.com at LEWIS BRISBOIS BISGAARD & SMITH, LLP; 110 SE 6th Street, Suite 2600, Fort Lauderdale, FL 33301.

    */s/ Whitney M. DuPree*
    Attorney